JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NOV 29 2016

CENTRAL DISTRICT OF CALIFORNIA

ALDO CECENA,

               Plaintiff,

      vs.

WALGREEN CO., *et al.*,

               Defendants.

CASE NO. CV 16-6442 GHK (FFMx)

**ORDER OF DISMISSAL**

     The Court having been advised by counsel for the parties that the above-entitled action has been settled,

     **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: 11/29/16

_____
GEORGE H. KING
United States District Judge